IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NATALIE N. ALBERS                                              PLAINTIFF

v.                          No. 2:20-cv-33-DPM

ANDREW SAUL*, Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

Albers has objected to the Magistrate Judge's recommendation, so the Court has reviewed the Commissioner's decision *de novo*. FED. R. CIV. P. 72(b)(3). The ALJ's opinion is thorough. She considered all of the medical records and expert testimony to assess Albers's health. She appropriately weighed Albers's testimony and credibility. And her hypotheticals accurately reflected Albers's impairments, including the one Albers highlights. Substantial evidence on the record as a whole supports the ALJ's decision; and the Court sees no error of law. *Wright v. Colvin*, 789 F.3d 847, 852 (8th Cir. 2015). Objections, *Doc. 10*, overruled. Recommendation, *Doc. 9*, adopted. The Court will dismiss Albers's complaint with prejudice.

---

* The Court directs the Clerk to update the docket to reflect that Andrew Saul is now the Commissioner.

-2-

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

1 October 2020