IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NATALIE N. ALBERS                                                PLAINTIFF

v.                              No. 2:20-cv-33-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                   DEFENDANT

## JUDGMENT

Albers's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2020